**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VALUE DRUG COMPANY, on behalf of itself and all others similarly situated,

Plaintiff,

v.

AMNEAL PHARMACEUTICALS LLC; IMPAX LABORATORIES, LLC; ZYDUS PHARMACEUTICALS (USA) INC.; and ZYDUS LIFESCIENCES LIMITED,

Defendants.

**Case No. 5:26-cv-07780-BLF**

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPOINT INTERIM CO-LEAD COUNSEL FOR THE PROPOSED DIRECT PURCHASER CLASS**

****AS MODIFIED BY THE COURT****

Plaintiff's unopposed Motion to Appoint Interim Co-Lead Counsel for the proposed direct direct purchaser class is GRANTED as set forth below.

The hearing on the motion, previously scheduled for April 1, 2027, is VACATED.

## I. APPOINTMENT OF INTERIM CO-LEAD COUNSEL

Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court appoints Garwin Gerstein & Fisher LLP and Berger Montague PC as interim co-lead counsel for the proposed Direct Purchaser Class.

## II. DUTIES OF INTERIM CO-LEAD COUNSEL

Interim co-lead counsel shall have sole authority to conduct all pretrial and trial work on behalf of the proposed Direct Purchaser Class.[1] Such work includes crafting pleadings, conducting discovery, and negotiating case matters and settlement as well as all other pretrial and trial proceedings.

On behalf of the proposed Direct Purchaser Class, interim co-lead counsel shall have the sole authority and responsibility to:

1. Determine and present to the Court and opposing parties the position of the Direct Purchaser Class on all matters;
2. Coordinate discovery;
3. Delegate tasks to co-counsel;
4. Consult with and retain experts and vendors;

[1] The proposed Direct Purchaser Class is:

> All persons who or entities which purchased in the United States: Rytary or generic Rytary (including authorized generic Rytary) directly from Impax or Zydus at any time on or after August 2022 through the present and until the anticompetitive effects of Defendants' conduct cease (the "Class Period"). Excluded from the Class are Defendants and their respective officers, directors, management, employees, subsidiaries, or affiliates, and all federal governmental entities.

ECF No. 73 at ¶ 135. The "United States" is defined to include all fifty states, the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any other territories or possessions of the United States.

5. Collect assessments from co-counsel;

6. Coordinate with counsel for any other putative class(es) or other plaintiffs;

7. Coordinate with opposing counsel, who may rely on the representations of interim co-lead counsel;

8. Promote the efficient conduct of this litigation and avoid unnecessary duplication;

9. Require and collect contemporaneous time records from all firms representing the Direct Purchaser Class;

10. Conduct settlement negotiations and enter into any agreement to resolve this litigation;

11. Submit any proposed class settlement to the Court for review and approval;

12. Seek attorneys' fees and reimbursement of expenses; and

13. Allocate attorneys' fees and expenses awarded by the Court, if any.

**IT IS SO ORDERED.**

Date: November 18, 2026

Hon. Beth L. Freeman
United States District Judge